UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 15-3-DLB-EBA**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**vs.**       **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**TONDA CLICK**                                                                                **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court Defendant Tonda Click's probation conditions be modified. (Doc. # 14). The matter came before Magistrate Judge Atkins for a final revocation hearing on January 14, 2016. Assistant United States Attorney David Marye appeared on behalf of the United States; Jeremy Clark appeared as appointed counsel for Defendant Click. Defendant admitted that the two violations charged in the Supervised Release Violation report, and both Defendant and the United States agreed that her conditions of release should be modified. Magistrate Judge Atkins agreed, and modified Defendant's release conditions to require her to wear a trans-dermal alcohol monitor with location monitoring.

Defendant waived her right to allocute (Doc. #13) before this Court, and the time for filing objections to the R&R has now passed. The Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) Judge Atkins's Report and Recommendation (Doc. # 14) is hereby **adopted** as the findings of fact and conclusions of law of the Court; and

(2) Defendant is found to have committed the two violations contained in the Probation Officer's report;

(3) Defendant's conditions of release are **modified** to require her to wear a transdermal alcohol monitor with location monitoring

This 10th day of May, 2016.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2015\15-3 Order Adopting R&R re SRV.wpd